UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 12-9601-WDK (PLAx)      Date  April 8, 2014

Title:   J and J Sports Productions, Inc. v. Maria Delaluz Aguilar

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
NONE      NONE

PROCEEDINGS:        (ORDER TO SHOW CAUSE)

By Order dated May 7, 2013, plaintiff was ordered, within 14 days of that date, to contact the ADR Program Director to schedule a mediation of this action, said mediation to be conducted no later than February 6, 2014. To date, there is no indication in the record that plaintiff timely contacted the ADR Program Director, or that mediation occurred.  Instead, on March 10, 2014, plaintiff filed a motion for summary judgment.  Accordingly, **plaintiff is ordered to show cause, no later than April 14, 2014: (1) why the Court should not recommend to the District Judge that the motion for summary judgment be denied without prejudice as premature and for failure to comply with this Court's May 7, 2013, Order, and (2) why monetary sanctions should not be imposed on plaintiff for failure to comply with this Court's May 7, 2013, Order**.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch